IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM LANE | § | |
| VS. | § | CIVIL ACTION NO. 9:12cv99 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION REGARDING VENUE

James William Lane, an inmate confined in the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division,, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Discussion

Petitioner states that in 1995 he was convicted of aggravated robbery in Tarrant County, Texas. He was sentenced to 30 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the federal district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the federal district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that a district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Tarrant County, Texas. Pursuant to 28 U.S.C. § 124, Tarrant County is in the Fort Worth Division of the United States District Court for the Northern District of Texas. As all records and witnesses involving this action and the underlying criminal conviction may be located in the Northern District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Fort Worth Division of the United States District Court for the Northern District of Texas. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

SIGNED this 3rd day of July, 2012.

_____
Zack Hawthorn
United States Magistrate Judge